Lawrence Natali, Appellee, v. Amelia Natali,
Appellant.

Gen. No. 41,777.

opinion filed June 9, 1941; rehearing denied June

23, 1941. Elmer N. Holmgren, for appellant; Julian C. Ryer, of counsel; Maximilian J. St. George, for appellee. Opinion by Justice Matchett. "Not to be published in full."